# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

AMY DVORAK,                                         Civil No. 05-2050 (RHK/AJB)

      Plaintiff,                                **ORDER**

v.

BILL BLACKHORSE SOUTH DAKOTA,

      Defendant.

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated September 7, 2005, and no objections having been filed with reference thereto, **IT IS HEREBY ORDERED**:

    1. The Report and Recommendation (Doc. No. 3) is **ADOPTED**;

    2. Plaintiff's "Application to Proceed Without Prepayment of Fees" (Doc. No. 2) is **DENIED**; and

    3. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Dated: 9/26/05

                                      s/Richard H. Kyle
                                      RICHARD H. KYLE
                                      United States District Judge